Jane Curran Pandell (SBN 99669)
Albert H. Kirby (SBN 204266)
**PANDELL LAW FIRM, INC.**
1990 N. California Blvd., Suite 1010
Walnut Creek, CA  94596
Telephone:  (925) 974-1700
Facsimile:  (925) 974-1709

Attorneys for Third-Party Defendant
and Third-Party Plaintiff **EMG, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANLAN KEMPER BARD COMPANIES, an Oregon corporation, ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>EMG, INC., a Maryland corporation,<br><br>    Third-Party Defendant.<br><br>Related Third-Party Complaint and Cross-Claim. | NO. C-03-1003 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS**<br><br>Court Room:  1, 17th Floor<br>Senior Judge:  Hon. Samuel Conti |

WHEREAS all trial dates and pretrial dates have been vacated to permit further discovery;

WHEREAS the next case management conference in this matter is not until September 30, 2005;

WHEREAS third-party defendant and third-party plaintiff EMG, Inc. ("EMG") seek to complete further discovery (e.g. depositions of out-of-state witnesses) before filing an opposition to the Motion for Summary Judgment of Main Street Holdings and Orinda Investments;

IT IS STIPULATED by and between the parties hereto that, subject to approval by the Court, present motion filing deadlines be extended and modified as follows:

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel:  (925) 974-1700
Fax:  (925) 974-1709

1

C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS

1.  EMG has through July 11, 2005 to file papers opposing Main Street Holdings' and Orinda Investments' Motion for Summary Judgment;

2.  Main Street Holdings and Orinda Investments have through July 18, 2005 to file their papers in reply to EMG's opposition;

3.  As provided by Civil L.R. 7-6, there will be no oral argument. The matter will be deemed submitted by July 18, 2005 with the filing by Main Street Holdings and Orinda Investments of their reply papers.

Dated: June 1, 2005                           PANDELL LAW FIRM, INC.


By  /s/
    Albert H. Kirby
    Attorneys for Third-Party Defendant and
    Third-Party Plaintiff EMG, INC.

Dated: June 9, 2005                           CHAPMAN, POPIK & WHITE LLP


By  /s/
    John G. Heller
    Attorneys for Third-Party Plaintiffs
    SCANLAN KEMPER BARD
    COMPANIES and ROYAL INSURANCE
    COMPANY OF AMERICA and Third-
    Party Defendants MAIN STREET
    HOLDINGS, LLC and ORINDA
    INVESTMENTS, LLC

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/20/05

**IT IS SO ORDERED**
Senior Judge Samuel Conti

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

**VERIFICATION PURSUANT TO GENERAL ORDER NO. 45, X(B)**

I declare under penalty of perjury under the laws of the United States of America that John G. Heller has given his concurrence to the filing of the foregoing Stipulation and [Proposed] Order. This is true and correct of my own personal knowledge. I could testify competently to Mr. Heller's concurrence if compelled to do so.

This verification was executed in Walnut Creek, California on June 10, 2005.

                                                          /s/
                                                   Albert H. Kirby

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

3
C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS