Jane Curran Pandell (SBN 99669)
Albert H. Kirby (SBN 204266)
**PANDELL LAW FIRM, INC.**
1990 N. California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 974-1700
Facsimile: (925) 974-1709

Attorneys for Third-Party Defendant
and Third-Party Plaintiff **EMG, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANLAN KEMPER BARD COMPANIES, an Oregon corporation, ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,<br><br>         Third-Party Plaintiffs,<br><br>v.<br><br>EMG, INC., a Maryland corporation,<br><br>         Third-Party Defendant.<br><br>Related Third-Party Complaint and Cross-Claim. | NO. C-03-1003 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS**<br><br>Court Room: 1, 17th Floor<br>Senior Judge: Hon. Samuel Conti |

WHEREAS all trial dates and pretrial dates have been vacated to permit further discovery;

WHEREAS the next case management conference in this matter is not until September 30, 2005;

WHEREAS third-party defendant and third-party plaintiff EMG, Inc. ("EMG") and third-party defendants Main Street Holdings and Orinda Investments are presently involved in settlement negotiations that may moot the need for the Motion for Summary Judgment of Main Street Holdings and Orinda Investments to be opposed or heard;

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

1
C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS

1  WHEREAS EMG seeks to complete further discovery (e.g. depositions of out-of-state witnesses of Orinda Investments and Main Street Holdings) before filing an opposition to the Motion for Summary Judgment of Main Street Holdings and Orinda Investments;

IT IS STIPULATED by and between the parties hereto that, subject to approval by the Court, present motion filing deadlines be extended and modified as follows:

1. EMG has through August 26, 2005 to file papers opposing Main Street Holdings' and Orinda Investments' Motion for Summary Judgment;

2. Main Street Holdings and Orinda Investments have through September 9, 2005 to file their papers in reply to EMG's opposition;

3. As provided by Civil L.R. 7-6, there will be no oral argument. The matter will be deemed submitted by September 9, 2005 with the filing by Main Street Holdings and Orinda Investments of their reply papers.

Dated: August 16, 2005                    PANDELL LAW FIRM, INC.


                                          By          /s/
                                             Albert H. Kirby
                                             Attorneys for Third-Party Defendant and
                                             Third-Party Plaintiff EMG, INC.

Dated: August 16, 2005                    CHAPMAN, POPIK & WHITE LLP

                                          By          /s/
                                             John G. Heller
                                             Attorneys for Third-Party Plaintiffs
                                             SCANLAN KEMPER BARD
                                             COMPANIES and ROYAL INSURANCE
                                             COMPANY OF AMERICA and Third-
                                             Party Defendants MAIN STREET
                                             HOLDINGS, LLC and ORINDA
                                             INVESTMENTS, LLC

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: August 18, 2005                    _____
                                          Senior Judge

*[Signature and seal: Judge Samuel Conti, United States District Court, Northern District of California]*

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

2
C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS

**VERIFICATION PURSUANT TO GENERAL ORDER NO. 45, X(B)**

I declare under penalty of perjury under the laws of the United States of America that John G. Heller has given his concurrence to the filing of the foregoing Stipulation and [Proposed] Order. This is true and correct of my own personal knowledge. I could testify competently to Mr. Heller's concurrence if compelled to do so.

This verification was executed in Walnut Creek, California on August 16, 2005.

_____/s/_____
Albert H. Kirby

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel:  (925) 974-1700
Fax:  (925) 974-1709

3
C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS