Jane Curran Pandell (SBN 99669)
Albert H. Kirby (SBN 204266)
**PANDELL LAW FIRM, INC.**
1990 N. California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 974-1700
Facsimile: (925) 974-1709

Attorneys for Third-Party Defendant
and Third-Party Plaintiff **EMG, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANLAN KEMPER BARD COMPANIES, an Oregon corporation, ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>EMG, INC., a Maryland corporation,<br><br>Third-Party Defendant.<br><br>Related Third-Party Complaint and Cross-Claim. | NO. C-03-1003 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS**<br><br>Court Room: 1, 17th Floor<br>Senior Judge: Hon. Samuel Conti |

WHEREAS all trial dates and pretrial dates have been vacated to permit further discovery;

WHEREAS the next case management conference in this matter is not until September 30, 2005;

WHEREAS third-party defendant and third-party plaintiff EMG, Inc. ("EMG") and third-party defendants Main Street Holdings and Orinda Investments are presently involved in settlement negotiations that may moot the need for the Motion for Summary Judgment of Main Street Holdings and Orinda Investments to be opposed or heard;

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

1
C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS

1  WHEREAS EMG seeks to complete further discovery (e.g. depositions of out-of-state
2  witnesses of Orinda Investments and Main Street Holdings) before filing an opposition to the
3  Motion for Summary Judgment of Main Street Holdings and Orinda Investments;
4  IT IS STIPULATED by and between the parties hereto that, subject to approval by the
5  Court, present motion filing deadlines be extended and modified as follows:

6  1.  EMG has through September 9, 2005 to file papers opposing Main Street
7      Holdings' and Orinda Investments' Motion for Summary Judgment;
8  2.  Main Street Holdings and Orinda Investments have through September 23, 2005
9      to file their papers in reply to EMG's opposition;
10 3.  As provided by Civil L.R. 7-6, there will be no oral argument.  The matter will
11     be deemed submitted by September 23, 2005 with the filing by Main Street
12     Holdings and Orinda Investments of their reply papers.

Dated: August 26, 2005                PANDELL LAW FIRM, INC.

                                      By      /s/
                                         Albert H. Kirby
                                         Attorneys for Third-Party Defendant and
                                         Third-Party Plaintiff EMG, INC.

Dated: August 26, 2005                CHAPMAN, POPIK & WHITE LLP

                                      By      /s/
                                         John G. Heller
                                         Attorneys for Third-Party Plaintiffs
                                         SCANLAN KEMPER BARD
                                         COMPANIES and ROYAL INSURANCE
                                         COMPANY OF AMERICA and Third-
                                         Party Defendants MAIN STREET
                                         HOLDINGS, LLC and ORINDA
                                         INVESTMENTS, LLC

                    [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 29, 2005                _____
                                      Senior Judge /s/ Judge Samuel Conti

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

**VERIFICATION PURSUANT TO GENERAL ORDER NO. 45, X(B)**

I declare under penalty of perjury under the laws of the United States of America that John G. Heller has given his concurrence to the filing of the foregoing Stipulation and [Proposed] Order. This is true and correct of my own personal knowledge. I could testify competently to Mr. Heller's concurrence if compelled to do so.

This verification was executed in Walnut Creek, California on August 26, 2005.

/s/
Albert H. Kirby

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel:  (925) 974-1700
Fax:  (925) 974-1709

3

C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS