Jane Curran Pandell (SBN 99669)
Albert H. Kirby (SBN 204266)
**PANDELL LAW FIRM, INC.**
1990 N. California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 974-1700
Facsimile: (925) 974-1709

Attorneys for Third-Party Defendant
and Third-Party Plaintiff **EMG, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANLAN KEMPER BARD COMPANIES, an Oregon corporation, ROYAL INSURANCE COMPANY OF AMERICA, an Illinois corporation,<br><br>　　　　　Third-Party Plaintiffs,<br><br>v.<br><br>EMG, INC., a Maryland corporation,<br><br>　　　　　Third-Party Defendant. | NO. C-03-1003 SC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS** |
| Related Third-Party Complaint and Cross-Claim. | Court Room: 1, 17th Floor<br>Senior Judge: Hon. Samuel Conti |

WHEREAS all trial dates and pretrial dates have been vacated to permit further discovery;

WHEREAS the next case management conference in this matter is not until September 30, 2005;

WHEREAS third-party defendant and third-party plaintiff EMG, Inc. ("EMG") and third-party defendants Main Street Holdings and Orinda Investments are presently involved in settlement negotiations that may moot the need for the Motion for Summary Judgment of Main Street Holdings and Orinda Investments to be opposed or heard;

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

1

C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS

WHEREAS EMG seeks to complete further discovery (e.g. depositions of out-of-state witnesses of Orinda Investments and Main Street Holdings) before filing an opposition to the Motion for Summary Judgment of Main Street Holdings and Orinda Investments;

IT IS STIPULATED by and between the parties hereto that, subject to approval by the Court, present motion filing deadlines be extended and modified as follows:

1. EMG has through September 16, 2005 to file papers opposing Main Street Holdings' and Orinda Investments' Motion for Summary Judgment;

2. Main Street Holdings and Orinda Investments have through September 30, 2005 to file their papers in reply to EMG's opposition;

3. As provided by Civil L.R. 7-6, there will be no oral argument. The matter will be deemed submitted by September 30, 2005 with the filing by Main Street Holdings and Orinda Investments of their reply papers.

Dated: September 9, 2005      PANDELL LAW FIRM, INC.

By _____/s/_____
Albert H. Kirby
Attorneys for Third-Party Defendant and Third-Party Plaintiff EMG, INC.

Dated: September 9, 2005      CHAPMAN, POPIK & WHITE LLP

By _____/s/_____
John G. Heller
Attorneys for Third-Party Plaintiffs SCANLAN KEMPER BARD COMPANIES and ROYAL INSURANCE COMPANY OF AMERICA and Third-Party Defendants MAIN STREET HOLDINGS, LLC and ORINDA INVESTMENTS, LLC

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. - This is the LAST EXTENSION.

Dated: 9/12/05      _____
Senior Judge Samuel Conti

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

**VERIFICATION PURSUANT TO GENERAL ORDER NO. 45, X(B)**

I declare under penalty of perjury under the laws of the United States of America that John G. Heller has given his concurrence to the filing of the foregoing Stipulation and [Proposed] Order. This is true and correct of my own personal knowledge. I could testify competently to Mr. Heller's concurrence if compelled to do so.

This verification was executed in Walnut Creek, California on September 9, 2005.

/s/
Albert H. Kirby

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

3
C03-1003 SC – STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO THE SUMMARY JUDGMENT OF MAIN STREET HOLDINGS AND ORINDA INVESTMENTS