Jane Curran Pandell (SBN 99669)
Albert H. Kirby (SBN 204266)
**PANDELL LAW FIRM, INC.**
1990 N. California Blvd., Suite 1010
Walnut Creek, CA 94596
Telephone: (925) 974-1700
Facsimile: (925) 974-1709

Attorneys for Third-Party Defendant
and Third-Party Plaintiff **EMG, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANLAN KEMPER BARD COMPANIES, an Oregon corporation, ROYAL INSURANCE COMPANY OF AMERICA,<br><br>    Third-Party Plaintiffs,<br><br>v.<br><br>EMG, INC., a Maryland corporation,<br><br>    Third-Party Defendant.<br><br>And related Third-Party Complaint and Cross-Claim | NO. C-03-1003 SC<br><br>**STIPULATION RE: DISMISSAL OF THE THIRD-PARTY COMPLAINT OF EMG AND CROSS-CLAIM OF THE PENSION FUND PARTIES/MCMORGAN; [PROPOSED] ORDER** |

## STIPULATION

WHEREAS on or about September 15, 2004, third-party defendant and third-party plaintiff EMG, INC. (hereafter "EMG") filed its first amended third-party complaint against (1) third-party defendants BNY WESTERN TRUST COMPANY (as Corporate Co-Trustee for California Field Ironworkers Pension Trust), BNY WESTERN TRUST COMPANY (as Custodian for Sheet Metal Workers of Northern California Pension trust Fund), BNY WESTERN TRUST COMPANY (as Corporate Co-Trustee for Northern Pipe Trades Pension Trust Fund), PTF FOR OPERATING ENGINEERS, LLC, UNION BANK CALIFORNIA, N.A. (as Corporate Co-Trustee for U.A. Local No. 159 Defined Benefit Plan), UNION BANK

1

(C03-1003 SC) - STIPULATION RE: DISMISSAL OF THE THIRD-PARTY COMPLAINT OF EMG, AND CROSS-CLAIM OF THE PENSION FUND PARTIES/MCMORGAN; [PROPOSED] ORDER

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

1  CALIFORNIA N.A.(as Corporate Co-Trustee for U.A. Local No. 343 Pension Trust Fund)
2  (collectively referred to herein as "PENSION TRUST FUND PARTIES"); (2) third-party
3  defendant McMORGAN & COMPANY (hereinafter referred to as "McMORGAN"); (3) third-
4  party defendant TRANSWESTERN PROPERTY COMPANY WEST, L.L.C. (d.b.a.
5  Transwestern, d.b.a. Transwestern Commercial Services, d.b.a. Transwestern Voit, d.b.a. the
6  Voit Companies) (collectively referred to herein as "TRANSWESTERN"); (4) third-party
7  defendant MAIN STREET HOLDINGS, LLC (hereafter "MAIN STREET"); (5) third-party
8  defendant ORINDA INVESTMENTS, LLC (hereafter "OI"); and (6) third-party defendant
9  INSIGNIA/ESG (answering as CB RICHARD ELLIS REAL ESTATE SERVICES) (hereafter
10 "CBRE"). This first amended third-party complaint sought indemnification, contribution, and
11 declaratory relief related to the second amended third-party complaint that had been filed by
12 Scanlan Kemper Bard Companies and Royal Insurance Company of America (together herein
13 "SKB") on or about January 23, 2004 against EMG for claims alleging negligence, negligent
14 misrepresentation, fraudulent inducement, indemnity, apportionment of fault, and declaratory
15 relief.

16     WHEREAS on or about October 25, 2004, PENSION TRUST FUND PARTIES and
17 McMORGAN filed a cross-claim against TRANSWESTERN for express indemnity, equitable
18 indemnity, and declaratory relief.

19     WHEREAS EMG, TRANSWESTERN, PENSION TRUST FUND PARTIES, and
20 McMORGAN have executed a written settlement agreement that resolves the claims between
21 them in connection with the first amended third-party complaint of EMG and the cross-claim of
22 McMORGAN and PENSION TRUST FUND PARTIES (hereinafter this settlement agreement
23 is referenced as "Settlement Agreement"). The Settlement Agreement gives rise to this
24 stipulation.

25     Subject to Court approval, IT IS STIPULATED by and between the parties hereto as
26 follows:

27     1. The first amended third-party complaint of EMG is dismissed, and each party to it is
28        to bear its own attorney's fees and costs;

**PANDELL LAW FIRM, INC.**
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

2

(C03-1003 SC) - STIPULATION RE: DISMISSAL OF THE THIRD-PARTY COMPLAINT OF EMG, AND CROSS-CLAIM OF THE PENSION FUND PARTIES/MCMORGAN; [PROPOSED] ORDER

1  2. The cross-claim of PENSION TRUST FUND PARTIES and McMORGAN is
2  dismissed, and each party to it is to bear its own attorney's fees and costs;
3  3. PENSION TRUST FUND PARTIES, McMORGAN, TRANSWESTERN, CBRE,
4  MAIN STREET, and OI will make their non-privileged documents requested by
5  EMG in requests for production propounded by EMG available for inspection and
6  copying;
7  4. McMORGAN, TRANSWESTERN, CBRE, MAIN STREET, and OI will make
8  themselves available for deposition at a mutually agreeable date and location upon
9  written notice served upon their present counsel of record without need for service of
10  a subpoena;
11  5. The motion for summary judgment of MAIN STREET and OI against the first
12  amended third-party complaint of EMG is withdrawn; and
13  6. The Court shall retain jurisdiction in this matter to enforce the terms and conditions
14  of this stipulation and the Settlement Agreement.

Dated: September __, 2005         CHAPMAN, POPIK & WHITE LLP

                                  By          /s/
                                      John G. Heller
                                      Attorneys for Third-Party Plaintiffs
                                      SCANLAN KEMPER BARD
                                      COMPANIES and ROYAL INSURANCE
                                      COMPANY OF AMERICA and Third-
                                      Party Defendants MAIN STREET
                                      HOLDINGS, LLC and ORINDA
                                      INVESTMENTS, LLC

Dated: September 15, 2005         PANDELL LAW FIRM, INC.

                                  By          /s/
                                      Albert H. Kirby
                                      Attorneys for Third-Party Defendant and
                                      Third-Party Plaintiff EMG, INC.

**PANDELL LAW FIRM, INC.**
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

3

(C03-1003 SC) - STIPULATION RE: DISMISSAL OF THE THIRD-PARTY COMPLAINT OF EMG, AND CROSS-CLAIM OF THE PENSION FUND PARTIES/MCMORGAN; [PROPOSED] ORDER

| | | |
|---|---|---|
| 1 | Dated: September 9, 2005 | MANNING & MARDER KASS, ELLROD, RAMIREZ LLP |
| 2 | | |
| 3 | | By _____/s/_____ |
| 4 | | Michael L. Smith |
|   | | Attorneys for Third-Party Defendant |
| 5 | | TRANSWESTERN PROPERTY COMPANY WEST, LLC |
| 6 | | |
| 7 | Dated: September 9, 2005 | STEEFEL LEVITT & WEISS |
| 8 | | |
| 9 | | By _____/s/_____ |
|   | | Barry W. Lee |
| 10 | | Attorneys for Third-Party Defendant CB |
|    | | RICHARD ELLIS REAL ESTATE |
| 11 | | SERVICES |
| 12 | | |
| 13 | Dated: September __, 2005 | STANTON, KAY & WATSON |
| 14 | | |
| 15 | | By _____/s/_____ |
|    | | Edward Mevi |
| 16 | | Attorneys for Third-Party Defendants |
|    | | BNY WESTERN TRUST COMPANY, |
| 17 | | PTF FOR OPERATING ENGINEERS, |
|    | | UNION BANK CALIFORNIA, and |
| 18 | | MCMORGAN & COMPANY |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 29, 2005 _____
Senior Judge Samuel Conti

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

4

(C03-1003 SC) - STIPULATION RE: DISMISSAL OF THE THIRD-PARTY COMPLAINT OF EMG, AND CROSS-CLAIM OF THE PENSION FUND PARTIES/MCMORGAN; [PROPOSED] ORDER

**VERIFICATION PURSUANT TO GENERAL ORDER NO. 45, X(B)**

I declare under penalty of perjury under the laws of the United States of America that John G. Heller, Michael L. Smith, Barry W. Lee, and Edward Mevi have given their concurrence to the filing of the foregoing Stipulation and [Proposed] Order. Copies of the signature pages of the Stipulation bearing their signatures are attached collectively as **Exhibit A**. These facts are true and correct of my own personal knowledge. I could testify competently to these facts if compelled to do so.

This verification was executed in Walnut Creek, California on September 15, 2005.

/s/
Albert H. Kirby

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

5

(C03-1003 SC) - STIPULATION RE: DISMISSAL OF THE THIRD-PARTY COMPLAINT OF EMG, AND CROSS-CLAIM OF THE PENSION FUND PARTIES/MCMORGAN; [PROPOSED] ORDER