Jane Curran Pandell (SBN 99669)
Albert H. Kirby (SBN 204266)
**PANDELL LAW FIRM, INC.**
1990 N. California Blvd., Suite 1010
Walnut Creek, CA  94596
Telephone:  (925) 974-1700
Facsimile:  (925) 974-1709

Attorneys for Third-Party Defendant
and Third-Party Plaintiff **EMG, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANLAN KEMPER BARD COMPANIES, an Oregon corporation, ROYAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　Third-Party Plaintiffs,<br><br>v.<br><br>EMG, INC., a Maryland corporation,<br><br>　　　　Third-Party Defendant. | NO. C-03-1003 SC<br><br>**STIPULATION RE: MOTION TO AMEND & TRIAL CONTINUANCE** |

### STIPULATION

A settlement has been reached resulting in the dismissal of all of the parties to this action except for third-party plaintiffs Scanlan Kemper Bard Companies and Royal Insurance Company of America (together "SKB") and third-party defendant EMG, Inc. ("EMG").

SKB has filed a motion for leave to file a Third Amended Third-Party Complaint against EMG, which will allege a new cause of action for fraudulent concealment.  SKB has a hearing for its motion set for February 10, 2006.  However, discovery is ordered to be completed on February 10, 2006, and trial is set for April 10, 2006.

EMG needs additional time to complete additional discovery concerning SKB's new claims, including written discovery and depositions.  EMG believes that it may also file a

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel:  (925) 974-1700
Fax:  (925) 974-1709

1

(C03-1003 SC) - STIPULATION RE: MOTION TO AMEND & TRIAL CONTINUANCE; [PROPOSED] ORDER

1  Motion for Summary Adjudication as to SKB's new cause of action.  However, with the present
2  discovery cut-off of February 10, 2006 and the April 10, 2006 trial date, EMG cannot complete
3  the discovery to enable it to present its defenses in advance of trial.
4       SKB and EMG will have their first Settlement Conference before Magistrate Judge
5  Wayne Brazil on February 9, 2006.
6       For these reason, SKB and EMG request an order of the Court that accommodates the
7  following stipulations:

8   1. SKB may file its Third-Amended Complaint that is proposed in their Motion to
9      Amend;
10  2. The present hearing set for SKB's Motion to Amend is vacated;
11  3. The April 10, 2006 trial date should be continued to July 31, 2006, or as soon
12      thereafter as can be accommodated.  Plaintiff believes it will be about a 2-3 week
13      trial.  EMG believes it will be about a 3-4 week trial.
14  4. All discovery, including depositions, shall be completed no later than 45 days before
15      the date set for trial;
16  5. The last date for hearing motions should be 30 days before the date set for trial;
17  6. The Pre-Trial Conference should be held at a date and time in proximity to the date
18      set for trial (plaintiffs' counsel is unavailable July 17-21); and
19  7. EMG shall have leave to serve 10 additional interrogatories upon SKB pertaining to
20      the newly added cause of action for fraudulent concealment.

21  Dated:  January 20, 2006          PANDELL LAW FIRM, INC.
22                                       By_____/s/_____
23                                         Albert H. Kirby
                                       Attorneys for Third-Party Defendant
                                       EMG, INC.
24
Dated:  January 20, 2006          CHAPMAN, POPIK & WHITE LLP
25                                       By_____/s/_____
26                                       John G. Heller
                                   Attorneys for Third-Party Plaintiffs
27                                     SCANLAN KEMPER BARD
                                   COMPANIES and ROYAL INSURANCE
28                                     COMPANY OF AMERICA

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel:  (925) 974-1700
Fax:  (925) 974-1709

2

(C03-1003 SC) - STIPULATION RE: MOTION TO AMEND & TRIAL CONTINUANCE; [PROPOSED] ORDER

**[PROPOSED] ORDER**

With good cause provided in the stipulation of SKB and EMG, IT IS ORDERED AS FOLLOWS:

1. SKB may file its Third-Amended Complaint that is proposed in their Motion to Amend;
2. The present hearing set for SKB's Motion to Amend is vacated;
3. The April 10, 2006 trial date is continued to _____ [date] at _____ [time].
4. All discovery, including depositions, shall be completed no later than 45 days before the date set for trial;
5. The last date for hearing motions shall be _____ [date] at _____ [time].
6. The Pre-Trial Conference is continued to _____ [date] at _____ [time].
7. EMG shall have leave to serve additional interrogatories upon SKB pertaining to the newly added cause of action for fraudulent concealment.
8. The Status Conference Order of September 30, 2005 shall otherwise remain in full force and effect. **A Status Conference is set for February 24, 2006 at 10:00 a.m.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/23/06                              *[signature]*
                                            Senior Judge Samuel Conti

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709

**VERIFICATION PURSUANT TO GENERAL ORDER NO. 45, X(B)**

I declare under penalty of perjury under the laws of the United States of America that John G. Heller has given his concurrence to the filing of the foregoing Stipulation. This is true and correct of my own personal knowledge. I could testify competently to Mr. Heller's concurrence if compelled to do so.

This verification was executed in Walnut Creek, California on January 20, 2006.

_____/s/_____
Albert H. Kirby

PANDELL LAW FIRM, INC.
1990 N. California Blvd.
Suite 1010
Walnut Creek, CA 94596
Tel: (925) 974-1700
Fax: (925) 974-1709