CHAPMAN, POPIK & WHITE LLP
John G. Heller (State Bar No. 129901)
Benjamin J. Riley (State Bar No. 226904)
650 California Street, 19th Floor
San Francisco, CA 94108
Telephone: (415) 352-3000
Facsimile: (415) 352-3030

Attorneys for third-party plaintiffs SCANLAN
KEMPER BARD COMPANIES and ROYAL
INSURANCE CO. OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCANLAN KEMPER BARD COMPANIES, an Oregon corporation, and ROYAL INSURANCE CO. OF AMERICA, an Illinois corporation,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>EMG, Inc., a Maryland corporation,<br><br>Third-Party Defendant. | No. C-03-1003 SC<br><br>STIPULATION OF DISMISSAL<br><br>The Honorable Samuel Conti |

IT IS HEREBY STIPULATED by and between the remaining parties to this action through their designated counsel that, pursuant to the terms of a settlement between the parties, the above-captioned action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATE: July 5, 2006                CHAPMAN, POPIK & WHITE, LLP

By: _____/s/ John Heller_____
John G. Heller
Attorneys for Scanlan Kemper Bard Companies and
Royal Insurance Company of America

1

```
 1 │ DATE: July 5, 2006          PANDELL LAW FIRM, INC.
 2 │
 3 │                             By: /s/ Jane Curran Pandell
 4 │                                 Jane Curran Pandell
 5 │                                 Attorneys for EMG, Inc.
 6 │ G:\872\P\Stip to Dismiss.wpd
```

IT IS SO ORDERED

/s/ Samuel Conti
Judge Samuel Conti
7/25/06

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

C-03-1003 SC                STIPULATION OF DISMISSAL